**Transferred case has been opened**
usdc_ecf_ilnd   to: InterdistrictTransfer_CASD                    09/30/2014 01:17 PM

CASE: 3:14-cv-02196

DETAILS: Case transferred from California Southern
has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1
as case 1:14-cv-07595, filed 09/30/2014.